AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** **DATE FILED** | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights  2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights  3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court  5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-229

**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
November 25, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Radiate Positivity |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 05, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

|  |  |
|---|---|
| **Author:** | Brittany Hefren |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Brittany Hefren |
|  | 41 Maple Rd, Lake Albert, 2650, Australia |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Brittany Hefren |
| **Email:** | britthefren@gmail.com |
| **Address:** | 41 Maple Rd |
|  | Lake Albert 2650 Australia |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 18, 2025 |
| **Applicant's Tracking Number:** | BH2025081901 |

**Copyright Office notes:**   Basis for Registration: Registration is based on the artwork in the logo.
Copyright does not protect names, titles, short phrases or slogans.  37 CFR 202.1.

