**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BRITTANY HEFREN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06197

Judge Jeffrey I Cummings

Magistrate Judge Beth W. Jantz

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | CCRRR PATCHES |
| 2 | V V Fashion |
| 3 | UNNERKU |
| 4 | NUTIKAS |
| 5 | JINGXIAOJUAN |
| 6 | XDHS Co.,Ltd |
| 7 | 3883464696 |

1