Exhibit 1

# 001 CCRRR PATCHES



# Order Summary

Order placed April 29, 2026   |   Order # 114-4087897-1796260

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▇▇▇▇▇▇ | Visa ending in ▇▇ | Item(s) Subtotal: | $4.95 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $4.95 |
| United States | | Estimated tax to be collected: | $0.51 |
| | | **Grand Total:** | **$5.46** |

### Arriving Monday



2 Pcs Radiate posivity Embroidered Appliques Patch with Hook and Loop Fastener Backing- Punk Style Tactical Crochet Badge Suitable for Vests,Jackets, Backpacks,and Clothing
Sold by: CCRRR PATCHES
Supplied by: Other
$4.95

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates



# Order Summary

Order placed April 29, 2026 | Order # 114-6065338-8369030

| | | |
|---|---|---|
| **Ship to** | **Payment method** | **Order Summary** |
| ▮▮▮▮▮▮▮ | Visa ending in ▮▮ | Item(s) Subtotal: $6.99 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: $6.99 |
| United States | | Estimated tax to be collected: $0.72 |
| | | **Grand Total:** **$7.71** |

**Arriving tomorrow**



Iron on Patches for Jacket, Embroidered Applique Decoration Accessory for Clothes Vest Apron, DIY Patchwork Funny Quote 5
Sold by: V V Fashion
Supplied by: Other
$6.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2026, Amazon.com, Inc. or its affiliates

# 003 UNNERKU



# Order Summary

Order placed April 29, 2026   |   Order # 114-0864754-2077847

**Ship to**

███████
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa  ending in ███

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $6.99 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$7.71** |

**Arriving Monday**



UNNERKU 100pcs Cute Summer Stickers for Water Bottle Scrapbook Phone Case Laptop Hard Hats Sarcastic Scrapbooking Decals Skateboard Gift Waterproof Stickers for Kids Teens Boys Girls and Adults

Sold by: UNNERKU
Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 004 NUTIKAS





# Order Summary

Order placed April 29, 2026  |  Order # 114-5804451-0421065

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $3.46 |
| Shipping & Handling: | $3.99 |
| Total before tax: | $7.45 |
| Estimated tax to be collected: | $0.35 |
| **Grand Total:** | **$7.80** |

**Arriving May 8 - May 12**
Ordered on Amazon Haul



110 Pcs Inspirational Sticker Pack, Waterproof Vinyl Decals for Water Bottles, Laptops, Journals, Scrapbooks & Luggage, Positive Quote Art for DIY Crafts, Computer & Travel Accessories
Sold by: NUTIKAS
Supplied by: Other
$3.46

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 005 JINGXIAOJUAN



Case: 1:26-cv-06197 Document #: 14-1 Filed: 06/03/26 Page 11 of 15 PageID #:51

# Order Summary

Order placed April 29, 2026    |    Order # 114-9925020-8333867

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa   ending in

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $2.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $2.99 |
| Estimated tax to be collected: | $0.31 |
| **Grand Total:** | **$3.30** |

## Arriving tomorrow



Positive and Uplifting Phrases 50pcs for Teen Water Bottle Cartoon Trendy Aesthetic Stickers Fun Aesthetic Waterproof Vinyl Decals for Laptop Bumper Luggage Skateboard Guitar (Colours-B3)
Sold by: JINGXIAOJUAN
Supplied by: Other
$2.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 006 XDHS Co.,Ltd



# Order Summary

Order placed April 29, 2026    |    Order # 114-5242360-9520207

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮ | Visa  ending in ▮▮ | Item(s) Subtotal: | $3.60 |
| 15TH FLOOR 1111 W 35TH ST | ( View related transactions ) | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $3.60 |
| United States | | Estimated tax to be collected: | $0.37 |
| | | **Grand Total:** | **$3.97** |

**Arriving tomorrow**



CUTELIILI 100Pcs Water Bottle Stickers for Kids, Cute Word Stickers for Water Bottles, Vinyl Waterproof Aesthetic Laptop Sticker Pack Classroom Prizes Skateboard for Teens Girls Students
Sold by: XDHS Co.,Ltd
Supplied by: Other
$3.60

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✗
© 1996-2026, Amazon.com, Inc. or its affiliates

## 007 3883464696



Case: 1:26-cv-06197 Document #: 14-1 Filed: 06/03/26 Page 15 of 15 PageID #:55

