Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-229**
**Effective Date of Registration:**
August 19, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Radiate Positivity

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 05, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Brittany Hefren
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Brittany Hefren
41 Maple Rd, Lake Albert, 2650, Australia

## Rights and Permissions

**Name:** Brittany Hefren
**Email:** britthefren@gmail.com
**Address:** 41 Maple Rd
Lake Albert 2650 Australia

## Certification

**Name:** David Denholm
**Date:** August 18, 2025
**Applicant's Tracking Number:** BH2025081901

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.


RADIATE
POSITIVITY